```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
```

RANDY HUGHES #117275                              CIVIL ACTION

VERSUS                                            NO: 12-2841

TIM KEITH, WARDEN                                 SECTION: "J" (5)

### ORDER

   The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 15)**, and petitioner's **Objections to the Magistrate Report (Rec. Doc. 16)**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

   **IT IS ORDERED** that petitioner's **Objections (Rec. Doc. 16)** should be and hereby are **OVERRULED**;

   **IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of Habeas Corpus (Rec. Doc. 1)** should be and hereby is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 8th day of January, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE